UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DEBORAH RUSHING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | NO.: 3:16-CV-276<br>REEVES/GUYTON |

## MEMORANDUM OPINION

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton [R. 12]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of the record and the parties' pleadings, the Court is in complete agreement with the Magistrate Judge's recommendation that this action be dismissed as untimely. Plaintiff's claim was denied by the Appeals Counsel on March 23, 2016. Her time for commencing a civil suit expired on May 27, 2016, making her action filed on May 31, 2016, untimely. Plaintiff has offered the Court no explanation for the late filing. Accordingly, the court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is **ORDERED**, for the reasons

stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that this action is **DISMISSED.**

Enter:

_____
UNITED STATES DISTRICT JUDGE